1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9        CHARLES E. GRIFFIN II, H77636,        )
                                               )
10                  Plaintiff(s),              )        No. C 16-3279 CRB (PR)
                                               )
11           vs.                               )        ORDER OF TRANSFER
                                               )
12       DOROTHY DOWILLIAMS, et al.,           )
                                               )
13                  Defendant(s).              )
         ——————————————————————                )

14

15          Plaintiff, a prisoner at the California Health Care Facility in Stockton (CHCF),

16   has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care

17   and other wrongdoing at CHCF.  A substantial part of the events or omissions giving

18   rise to the claim(s) occurred, and the viable defendants named reside, in the County of

19   San Joaquin, which lies within the venue of the Eastern District of California.  See 28

20   U.S.C. § 84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

21          Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

22   U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

23   the Eastern District of California.

24          The clerk shall transfer this matter and terminate all pending motions as moot.

25   SO ORDERED.

26   DATED: June 22, 2016

27                                        CHARLES R. BREYER
                                          United States District Judge

28
     G:\PRO-SE\CRB\CR.16\Griffin, C.16-3279.transfer.wpd