UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II, | No. 2:16-cv-1435 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| DOROTHY DOWILLIAMS, et al., | |
| Defendants. | |

On April 11, 2017, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's March 23, 2017 order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 24) is denied.

Dated: April 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

grif1435.mfr