1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES E. GRIFFIN, II,                    No.  2:16-cv-1435 WBS CKD P

12                 Plaintiff,

13         v.                                    ORDER

14    DOROTHY DOWILLIAMS, et al.,

15                 Defendants.

16

17         Plaintiff is a California prisoner proceeding pro se with an action for violation of civil

18    rights under 42 U.S.C. § 1983.  On March 23, 2017, the court screened plaintiff's amended

19    complaint, as the court is required to do under 28 U.S.C. § 1915A and found that plaintiff may

20    either proceed on a claim arising under the Eighth Amendment against defendant Dowilliams or

21    file a second amended complaint.  On April 20, 2017, plaintiff indicated he will be filing a second

22    amended complaint which is now due May 25, 2017.

23         When plaintiff filed his amended complaint, he also filed a motion for preliminary

24    injunctive relief.   Since plaintiff has elected to file a second amended complaint, his pending

25    motion will be denied without prejudice to plaintiff filing a new motion for preliminary injunctive

26    relief corresponding with the claims presented in his second amended complaint.  Plaintiff is

27    informed that the court cannot grant preliminary injunctive relief unless plaintiff states a claim for

28    injunctive relief in his second amended complaint, and until a defendant has appeared in this

                                                1

action and received an opportunity to respond to the request for preliminary injunctive relief.  For these reasons, plaintiff is free to wait to file a motion for preliminary injunctive relief until after the court has screened plaintiff's second amended complaint and after a defendant has appeared. Any motion for preliminary injunctive relief filed before a defendant has appeared in this action may be denied as premature.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 24, 2016 motion for preliminary injunctive relief (ECF No. 17) is denied without prejudice as described above.

Dated:  May 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
griff1435.57