UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II, | No. 2:16-cv-1435 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| DOROTHY DO-WILLIAMS, | |
| Defendants. | |

Plaintiff has requested an extension of time to conduct discovery. Defendants do not oppose the motion. Good cause appearing, that request will be granted. Plaintiff also asks that the court order officials at his prison to provide him with access to his six boxes of legal material, which he alleges have been denied to him following a prison transfer. This request will be denied without prejudice. If, in the future, plaintiff is denied access to documents required by him to pursue this action, plaintiff may file a motion seeking access. In the motion plaintiff shall identify the documents required, why they are required, who is denying plaintiff access, and his attempts to obtain access.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 50) is granted.

2. The deadlines imposed in the court's January 24, 2018 scheduling and discovery order are all extended 90 days.

3. Plaintiff's request for an order directing prison officials to provide plaintiff with access to his six boxes of legal material is denied.

Dated: April 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
griff1435.ext