UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II, | No. 2:16-cv-1435 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| DOROTHY DO-WILLIAMS, et al., | |
| Defendants. | |

Plaintiff requests an extension of the deadline for filing pretrial motions. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 60) is granted; and

2. The deadline for filing pretrial motions established in the court's January 24, 2018 scheduling order is extended to December 21, 2018.

Dated: November 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
griff1435.36(2)