UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II,<br><br>Plaintiff,<br><br>v.<br><br>DOROTHY DO-WILLIAMS, et al.,<br><br>Defendants. | No. 2:16-cv-1435 WBS CKD P<br><br><br><br>ORDER |

Plaintiff requests an extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 62) is granted; and

2. Plaintiff is granted 30 days from the date of this order to file an opposition to defendants' motion for summary judgment. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal rules of Civil Procedure.

Dated: November 26, 2018

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1/bh
griff1435.36