UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRIFFIN, II,<br><br>Plaintiff,<br><br>v.<br><br>DOROTHY DO-WILLIAMS, et al.,<br><br>Defendants. | No. 2:16-cv-1435 WBS CKD P<br><br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 67) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed.

Dated: December 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
grif1435.36sec