IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES E. GRIFFIN, II,** | Case No. 2:16-cv-1435 WBS CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **DO-WILLIAMS, et al.,** | |
| Defendant. | |

Defendants have requested an extension of time to file their reply to Plaintiff's opposition to their motion for summary judgment to, and including, January 16, 2019.

Good cause having been shown, the request is hereby GRANTED. Defendants shall file their reply on or before January 16, 2019.

IT IS SO ORDERED.

Dated: January 8, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE