1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES E. GRIFFIN, II,                No.  2:16-cv-1435 WBS CKD P

12                  Plaintiff,

13            v.                            ORDER

14   DOROTHY DO-WILLIAMS, et al.,

15                  Defendants.

16

17        Plaintiff has filed a document in which he requests that the court respond to questions

18   raised by plaintiff concerning the propriety of defendants being represented by the California

19   Office of the Attorney General.  The court does not render advisory opinions, see e.g. Flast v.

20   Cohen, 392 U.S. 83, 96 (1968), so plaintiff's request (ECF No. 82) is denied.

21   Dated:  June 19, 2019

22                                          _____
                                            CAROLYN K. DELANEY
23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26   1
     griff1435.ao
27

28