UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOROTHY DO-WILLIAMS, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1435 WBS CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that this matter be stayed pending his recovery from an upcoming surgery. A review of the docket reveals that defendants' motion for summary judgment is submitted to the court for decision and discovery is closed. Therefore, there will be no action required of plaintiff until the court issues findings and recommendations as to the motion for summary judgment. This being the case, plaintiff's motion to stay will be denied without prejudice to renewal after the court issues findings and recommendation as to defendants' motion for summary judgment.

/////
/////
/////
/////
/////

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion for a stay (ECF No. 80) is denied without prejudice to renewal after the court issues findings and recommendations with respect to defendants' pending motion for summary judgment.

Dated: June 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
griff1435.sty