UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II, | No. 2:16-cv-1435 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| DOROTHY DO-WILLIAMS, et al., | |
| Defendants. | |

On July 8, 2019, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's June 19, 2019 order (ECF No. 88). Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 19, 2019 (ECF No. 88), is affirmed.

Dated: July 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

grif1435.850

2